**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **PASCALE JEAN,** | ) | |
| | ) | Case No. 1:26-cv-05376 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Judge Lindsay C. Jenkins |
| v. | ) | |
| | ) | |
| **THE NIELSEN COMPANY (US), LLC** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNCONTESTED MOTION TO EXTEND DEFENDANT'S DEADLINE
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Nielsen Company (US), LLC, by and through its undersigned counsel, respectfully requests that the Court extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by twenty-one (21) days. In support thereof, Defendant states as follows:

1.      Plaintiff filed the Complaint in this matter on May 8, 2026. (ECF No. 1.)

2.      Defendant was served with the summons and Complaint on May 15, 2026. (*See* ECF No. 7.)

3.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint is June 5, 2026.

4.      The parties conferred on May 18 and May 21, 2026, and the parties agreed to a twenty-one (21) day extension of Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to allow Defendant to investigate the factual allegations in the Complaint and prepare a fulsome responsive pleading.

5.      Accordingly, Defendant requests that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint be extended from June 5, 2026 to June 26, 2026.

1

6.    This requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party. Defendant has not made any prior extension request.

WHEREFORE, Defendant respectfully requests that the Court extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to June 26, 2026.

Dated: May 28, 2026                                     Respectfully Submitted,

THE NIELSEN COMPANY (US), LLC

By:    /s/ Cardelle Spangler

Cardelle Spangler
Shannon Lemajeur Miller
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 558-5600
cspangler@winston.com
slmiller@winston.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Plaintiff may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Defendant