**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PASCALE JEAN,** ) | Case No. 1:26-cv-05376 |
| ) | |
| Plaintiff, ) | |
| ) | Hon. Judge Lindsay C. Jenkins |
| v. ) | |
| ) | |
| **THE NIELSEN COMPANY (US), LLC** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant The Nielsen Company (US), LLC ("Defendant"), by and through its undersigned counsel, states as follows:

1. Defendant's parent is ACNielsen Corporation. Brookfield Corporation indirectly owns more than 10% of Defendant.

2. Defendant's affiliates are as follows: ACNielsen Corporation, ACN Holdings Inc., VNU Marketing Information, Inc., TNC (US) Holdings, Inc., VNU International B.V., Nielsen Holding and Finance B.V., The Nielsen Company B.V., Valcon Acquisition B.V., Nielsen Holdings Limited, Neptune BidCo US Inc., Neptune Intermediate LLC, Neptune Intermediate Holdco LLC, Neptune Parent Topco LLC, Elliott Metron Aggregator L.P., BCP VI Audience Holdings L.P., BBP Audience Holdings LP, BSI Audience Holdings LP, Purple Green Investment Pte. Ltd. And The WindAcre Partnership Master Fund LP.

Dated: May 28, 2026

Respectfully Submitted,

THE NIELSEN COMPANY (US), LLC

1

By:    /s/ Cardelle Spangler

Cardelle Spangler
Shannon Lemajeur Miller
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 558-5600
cspangler@winston.com
slmiller@winston.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Plaintiff may access this filing through the Court's system.

/s/ *Shannon Lemajeur Miller*
Counsel for Defendant