# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Cardelle Bratton Spangler

Firm Winston Taylor LLP

Street Address 300 N. LaSalle Drive, Suite 4400

City/State/Zip Code Chicago, IL 60654-3406

Phone Number (312) 558-7541

Email address cardelle.spangler@winstontaylor.com

ARDC (Illinois State Bar members, only) 6242570

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:23-cv-16624 | Blakeney v. Arthur J. Gallagher & Co. | Hon. Thomas M. Durkin |
| 1:23-cv-02769 | Fletcher, et al. v. Morgan Stanley & Co. LLC, et al. | Hon. Martha M. Pacold |
| 1:26-cv-05376 | Jean v. The Nielsen Company (US), LLC | Hon. Lindsay C. Jenkins |
| | | |
| | | |
| | | |

/s/ Cardelle Bratton Spangler
Signature of Attorney

6/8/2026
Date

Rev. 07032025