**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Shannon Lemajeur Miller

Firm Winston Taylor LLP

Street Address 300 N. LaSalle Dr. Suite 4400

City/State/Zip Code Chicago, IL 60654

Phone Number (312) 558-5600

Email address Shannon.Miller@winstontaylor.com

ARDC (Illinois State Bar members, only) 6336247

If you have previously filed an appearance with this court using a different name, enter that name.

Shannon Denise Lemajeur

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:24-cv-05631 | UL LLC v. Callington | Hon. Andrea R. Wood |
| 1:26-cv-05376 | Jean v The Nielsen Co (US) | Hon. Lindsay C. Jenkins |
| | | |
| | | |
| | | |
| | | |

/s/ Shannon Lemajeur Miller
Signature of Attorney

6/9/2026
Date