**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PASCALE JEAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:26-cv-05376** |
| | ) | |
| **v.** | ) | **Hon. Lindsay C. Jenkins** |
| | ) | |
| **THE NIELSEN COMPANY (US), LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT INITIAL STATUS REPORT

Pursuant to the Court's May 12, 2026, minute order (*see* ECF No. 6) and Rule 26(f) of the Federal Rules of Civil Procedure, Pascale Jean ("Plaintiff") and Defendant, The Nielsen Company (US), LLC ("Defendant") (together, the "Parties"), by and through their undersigned attorneys, submit this Joint Initial Status Report:

The Parties have reached a resolution of this matter in principle. The Parties request that the Court set a date for them to report on the status of resolution in approximately 30 days.

DATED: July 14, 2026

Respectfully submitted,

*/s/ Joshua D. McCann*
Joshua D. McCann
LAW OFFICES OF JOSHUA D. MCCANN, LTD
3030 Warrenville Road, Suite 450-42
Lisle, Illinois 60532
Office: (847) 450-1103
Facsimile: (224) 232-8641
*jdmccann@chicagolegalcounsel.com*

**Attorneys for Plaintiff**

*/s/ Cardelle Spangler*
Cardelle Spangler
Shannon Lemajeur Miller
WINSTON TAYLOR LLP
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: (312) 558-5600
*cardelle.spangler@winstontaylor.com*
*shannon.miller@winstontaylor.com*

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 14, 2026, the foregoing ***Joint Initial Status Report*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all parties of record.

/s/ *Joshua D. McCann*
Joshua D. McCann (IL ARDC #6294730)
LAW OFFICES OF JOSHUA D. MCCANN, LTD
3030 Warrenville Road, Suite 450-42
Lisle, Illinois 60532
Office: (847) 450-1103
Facsimile: (224) 232-8641
*jdmccann@chicagolegalcounsel.com*