**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pascale Jean
Plaintiff,
v.
The Nielsen Company (US), LLC
Defendant.

Case No.: 1:26−cv−05376
Honorable Lindsay C. Jenkins

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The parties report that they have reached a resolution in the case but need time to finalize their agreement. All existing case deadlines are stricken, as is the July 21, 2026 initial status hearing. A status report as to settlement is due by August 14, 2026, unless a stipulation of dismissal is filed sooner. If the parties are unable to finalize their agreement by that date, the Court will dismiss the case without prejudice, but that dismissal will automatically convert to a dismissal with prejudice by a date certain. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.