**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PASCALE JEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-05376 |
| | ) | |
| v. | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to ECF No. 17, Plaintiff Pascale Jean ("Plaintiff") and Defendant The Nielsen Company (US), LLC ("Defendant") (together, the "Parties"), by and through their undersigned attorneys, hereby state as follows:

The Parties have reached a resolution of this matter and have finalized their agreement. Plaintiff intends to file a stipulation of dismissal with prejudice of this matter in its entirety in accordance with the terms of the Parties' agreement.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Joshua D. McCann*
Joshua D. McCann
LAW OFFICES OF JOSHUA D. MCCANN, LTD
3030 Warrenville Road, Suite 450-42
Lisle, Illinois 60532
Office: (847) 450-1103
Facsimile: (224) 232-8641
jdmccann@chicagolegalcounsel.com

*Attorneys for Plaintiff*

*/s/ Cardelle Spangler*
Cardelle Spangler
Shannon Lemajeur Miller
WINSTON TAYLOR LLP
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654-3406
Telephone: (312) 558-5600
cardelle.spangler@winstontaylor.com
shannon.miller@winstontaylor.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 14, 2026, the foregoing was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all parties of record.

/s/ *Shannon Lemajeur Miller*

Attorney for Defendant