**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pascale Jean

Plaintiff,

v.

Case No.: 1:26−cv−05376
Honorable Lindsay C. Jenkins

The Nielsen Company (US), LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The parties report that they have finalized their settlement agreement and a stipulation of dismissal with prejudice is forthcoming. The case is dismissed without prejudice, but the court retains jurisdiction to consider all further matters arising out of or connected with the settlement. The dismissal will automatically convert to a dismissal with prejudice on August 24, 2026 unless any party files a motion to reinstate by that date. The parties are free to file a stipulation of dismissal with prejudice earlier if they wish. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.